## ALSHULER *v.* YANDES.

APPEAL from the *Fountain* Circuit Court.

*Per Curiam.*—Complaint by *Yandes* against the appellant and another upon promissory notes, and to enforce a vendor's lien. Judgment for the plaintiff.

The only objection urged to the judgment is, that it directs the premises to be sold for the debt, without any inquiry as to a sufficiency of personalty.

No objection was made below in this respect, nor was any application made to the Court below to correct the alleged error.

The appeal is dismissed, with costs.

*Huff & Jones*, and *McDonald & Roache*, for the appellant.

*W. H. Mallory*, for the appellee.